**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan Carlos PEREZ–FIGUEROA,**
**Defendant—Appellant.**

**No. 06–30616.**

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2007.*

Filed June 12, 2007.

Thomas J. Hanlon, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Rebecca L. Pennell, Esq., FDWAID—Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Appellant challenges his sentence of twelve months imposed upon revocation of supervised release. He contends that 18 U.S.C § 3583(e) and Federal Rule of Criminal Procedure 32.1(b)(2) are unconstitutional because they permit punishment for a supervised release violation without a jury verdict in violation of the Sixth Amendment holdings in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We, however, rejected this argument in *United States v. Huerta–Pimental*, 445 F.3d 1220, 1225 (9th Cir.2006), *cert. denied*, —— U.S. ——, 127 S.Ct. 545, 166 L.Ed.2d 403 (2006). Accordingly, the government's unopposed motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).